UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AVERY GOSS,
    Plaintiff,

vs.                                          Case No.: 3:20cv5369/LAC/EMT

SCOTT DUNCAN
and AMY C. SHEA,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on September 14, 2020 (ECF No. 14). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants are **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)–(iii) and § 1915A(b)(1)–(2).

3. The clerk of court must enter judgment accordingly and close the case.

**DONE AND ORDERED** this 16th day of October, 2020.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**